B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Eastern District of Virginia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gunning Motors, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1500872** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**9020 Liberia Avenue**<br>**Manassas, VA**                              ZIP Code **20110** | Street Address of Joint Debtor (No. and Street, City, and State):                              ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Manassas City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):                              ZIP Code | Mailing Address of Joint Debtor (if different from street address):                              ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|  | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.

☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gunning Motors, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ■ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)               (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Gunning Motors, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Ann E. Schmitt** _____
Signature of Attorney for Debtor(s)

**Ann E. Schmitt 22030**
Printed Name of Attorney for Debtor(s)

**Culbert & Schmitt, PLLC**
Firm Name

**30C Catoctin Circle, SE**
**Leesburg, VA 20175**

_____
Address

**Email: aschmitt@culbert-schmitt.com**
**703-737-6377  Fax: 703-737-6370**
Telephone Number

**March 11, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John R. Gunning** _____
Signature of Authorized Individual

**John R. Gunning**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 11, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Virginia

In re    **Gunning Motors, Inc.**                         Case No. _____

                                 Debtor                    Chapter_____**11**_____

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on
_____.

     a. Total assets                             $_____**230,000.00**

     b. Total debts (including debts listed in 2.c.,below)    $_____**6,373,660.14**

                                                 Approximate number of holders

     c. Debt securities held by more than 500 holders.

| | | | Amount | Approximate number of holders |
|---|---|---|---|---|
| secured / / | unsecured / / | subordinated / / | $_____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | 0 |
| secured / / | unsecured / / | subordinated / / | $_____0.00 | 0 |

     d. Number of shares of preferred stock              **0**             **0**

     e. Number of shares of common stock                **0**             **0**

      Comments, if any:

3. Brief description of debtor's business:
      **Retail Automotive Dealer**

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:
      **John Gunning**

# United States Bankruptcy Court
### Eastern District of Virginia

In re  **Gunning Motors, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express P.O. Box 1270 Newark, NJ 07101-1270 | American Express P.O. Box 1270 Newark, NJ 07101-1270 | | | 9,380.26 |
| Automotive Finance Corp. 43375 Old Ox Rd. Sterling, VA 20166 | Automotive Finance Corp. 43375 Old Ox Rd. Sterling, VA 20166 | vehicles described in Schedule B | | 107,874.80 (0.00 secured) |
| Chesapeake Petroleum & Supply PO Box 7610 Gaithersburg, MD 20898 | Chesapeake Petroleum & Supply PO Box 7610 Gaithersburg, MD 20898 | | | 12,660.90 |
| Chrysler Financial Services Americas, LLC 6085 Marshalee Drive, Ste 300 Elkridge, MD 21075 | Chrysler Financial Services Americas, LLC 6085 Marshalee Drive, Ste 300 Elkridge, MD 21075 | Ground lease and improvements at 9018 Liberia Ave. Manassas VA; blanket lien on all assets | | 5,650,715.00 (585,000.00 secured) |
| Clintas Corporation PO Box 1207 Culpeper, VA 22701 | Clintas Corporation PO Box 1207 Culpeper, VA 22701 | | | 9,489.45 |
| Commonwealth of Virginia Dept. of Taxation PO Box 26626 Richmond, VA 23261-6626 | Commonwealth of Virginia Dept. of Taxation PO Box 26626 Richmond, VA 23261-6626 | sales tax | | 12,618.94 |
| Dealer Services Corporation 5735 Industry Lane Bldg. A, Suite 9 Frederick, MD 21704 | Dealer Services Corporation 5735 Industry Lane Bldg. A, Suite 9 Frederick, MD 21704 | vehicles described in Schedule A | | 137,842.74 (0.00 secured) |
| Dixon Hughes PLLC 255 South Orange Ave. Citrus Center Suite 1225 Orlando, FL 32801 | Dixon Hughes PLLC 255 South Orange Ave. Citrus Center Suite 1225 Orlando, FL 32801 | | | 17,672.50 |
| DRAC Subaru Service Loaner JP Morgan Chase Bank 201 N. Central 8th Flr Phoenix, AZ 85004 | DRAC Subaru Service Loaner JP Morgan Chase Bank 201 N. Central 8th Flr Phoenix, AZ 85004 | | | 52,911.40 |

In re  **Gunning Motors, Inc.**                            Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **JK Auto Parts**<br>**PO Box 1249**<br>**Baileys Crossroads, VA 22041** | **JK Auto Parts**<br>**PO Box 1249**<br>**Baileys Crossroads, VA 22041** | | | **5,775.65** |
| **Kaiser Foundation Health Plan**<br>**of Mid-Atlantic States, Inc.**<br>**2101 E. Jefferson ST**<br>**Rockville, MD 20852** | **Kaiser Foundation Health Plan**<br>**of Mid-Atlantic States, Inc.**<br>**2101 E. Jefferson ST**<br>**Rockville, MD 20852** | | | **5,831.93** |
| **Manassas Chrysler Jeep**<br>**8100 Centreville Rd.**<br>**Manassas, VA 20111** | **Manassas Chrysler Jeep**<br>**8100 Centreville Rd.**<br>**Manassas, VA 20111** | | | **9,981.20** |
| **MPK Automotive Systmes, Inc.**<br>**3295 River Exchange Drive**<br>**Suite 165**<br>**Norcross, GA 30092** | **MPK Automotive Systmes, Inc.**<br>**3295 River Exchange Drive**<br>**Suite 165**<br>**Norcross, GA 30092** | | | **8,714.98** |
| **News & Messenger**<br>**PO Box 25246**<br>**Richmond, VA 23260-5248** | **News & Messenger**<br>**PO Box 25246**<br>**Richmond, VA 23260-5248** | | | **10,822.06** |
| **Northwest Federal Credit Union**<br>**200 Spring St**<br>**Herndon, VA 20170** | **Northwest Federal Credit Union**<br>**200 Spring St**<br>**Herndon, VA 20170** | | | **8,786.30** |
| **Robert Rosenthal**<br>**1100 South Glebe Rd.**<br>**Arlington, VA 22204** | **Robert Rosenthal**<br>**1100 South Glebe Rd.**<br>**Arlington, VA 22204** | **Unpaid rent and real estate taxes** | | **40,082.05** |
| **Snap-on Business Solutions**<br>**23756 Network Place**<br>**Chicago, IL 60673** | **Snap-on Business Solutions**<br>**23756 Network Place**<br>**Chicago, IL 60673** | | | **5,586.00** |
| **Subaru of America, Inc.**<br>**PO Box 19243a**<br>**Dir. No. 030271**<br>**Newark, NJ 07195** | **Subaru of America, Inc.**<br>**PO Box 19243a**<br>**Dir. No. 030271**<br>**Newark, NJ 07195** | | | **63,329.87** |
| **Washington Post Media**<br>**1150 15th Street NW**<br>**Washington, DC 20071** | **Washington Post Media**<br>**1150 15th Street NW**<br>**Washington, DC 20071** | | | **12,000.00** |
| **Wiley Rein LLP**<br>**7925 Jones Branch Drive**<br>**Suite 620**<br>**Mc Lean, VA 22102** | **Wiley Rein LLP**<br>**7925 Jones Branch Drive**<br>**Suite 620**<br>**Mc Lean, VA 22102** | **legal fees** | | **11,651.79** |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Gunning Motors, Inc.**
           Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 11, 2010**          Signature  **/s/ John R. Gunning**

                                        **John R. Gunning**
                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

```
1-800 Radiator
8395 Euclid Avenue
Manassas, VA 20111


AAA Recycling & Trash Removal
PO Box 9001819
Louisville, KY 40290-1819


Abel Industries
PO Box 968
Dumfries, VA 22026


ADT Security Services, Inc.
PO Box 371956
Pittsburgh, PA 15250-7956


Aiada
PO Box 1535
Merrifield, VA 22116


Alldata
PO Box 848379
Dallas, TX 75284-8379


American Express
P.O. Box 1270
Newark, NJ 07101-1270


American Fidelity Assurance Co
PO Box 268805
Oklahoma City, OK 73126-8805


Arcet Eqiupment Company
PO Box 26269
Richmond, VA 23260


Auto Pro Inc.
31 Laurel Haven Drive
Stafford, VA 22554


Automotive Finance Corp.
43375 Old Ox Rd.
Sterling, VA 20166
```

Autotrader.com
PO Box 932207
Atlanta, GA 31193-2207


B-Safe Auto Glass LLC
130-3 Imboden Drive
Winchester, VA 22603


Banner Glass, Inc.
PO Box 630205
Baltimore, MD 21263-0205


Battlefield Ford, Inc.
8980 Mathis Ave
Manassas, VA 20110


BB&T
6400 Arlington Blvd.
Suite 320 Plaza
Falls Church, VA 22042


BFPE International


Black Book- National Auto
Research Division
PO Box 404040
Atlanta, GA 30384-4040


Brown Automotive Group
12500 Fairlakes Circle
Suite 375
Fairfax, VA 22033


Browns Manassas Hyundai
8651 Centreville Road
Manassas, VA 20110


Carfax, Inc.
16630 Collection Center Dr.
Chicago, IL 60693


Carsco, Inc.
44e Industrial Park Circle
Waldorf, MD 20602

Carwash Solutions
21082 Mill Branch Drive
Leesburg, VA 20175


Champ Auto Parts
9088 Euclid Ave
Manassas, VA 20110


Charapp & Weiss LLP
8300 Greensboro Drive
Suite 200
Mc Lean, VA 22102


Chase Auto Finance
201 N. Central Ave, Floor 12
Phoenix, AZ 85004


Chesapeake Petroleum & Supply
PO Box 7610
Gaithersburg, MD 20898


Christina M. Holmes
8484 Saddle Court
Manassas, VA 20110


Chrysler Financial
PO Box 9001888
Louisville, KY 40290-1888


Chrysler Financial Services
Americas, LLC
6085 Marshalee Drive, Ste 300
Elkridge, MD 21075


City of Manassas
Treasurer's Office
PO Box 512
Manassas, VA 20108


City of Manassas
8500 Public Works Dr.
PO Box 192
Manassas, VA 20108-0192

Clintas Corporation
PO Box 1207
Culpeper, VA 22701


Clinton Kliegel
9145 Ribbon Falls Loop
Bristow, VA 20136


Cobalt Group Inc.
Attn: Maureen Meier
2200 First Ave South
Seattle, WA 98134


Columbia Gas
PO Box 742529
Cincinnati, OH 45274


Comcast Communications
PO Box 3005
Southeastern, PA 19398-3005


Commonwealth of Virginia
Dept. of Taxation
PO Box 26626
Richmond, VA 23261-6626


Costco Auto Program
Box 200388
Pittsburgh, PA 15251-0388


Crovato Products and Services
4481 Beech Road
Temple Hills, MD 20748


Curry's Auto Parts
9020 Centreville Road
Manassas, VA 20110


Curtis Industries
Dept. Ch. 14070
Palatine, IL 60055-4079


Darcars Chrysler of Fairfax
10620 Lee Highway
Fairfax, VA 22030

Daytron Software, Inc.


Dealer Services Corporation
5735 Industry Lane
Bldg. A, Suite 9
Frederick, MD 21704

Dealer Services Corporation
1320 City Center Drive
Suite 100
Carmel, IN 46032

Dealer Specialities
PO Box 3250
Norfolk, VA 23514-3250


Dentmasters, Inc.
PO Box 10145
Mc Lean, VA 22102

Department of Motor Vehicles
PO Box 27412
Richmond, VA 23269-0001

District of Columbia DMV
Tax Commission
301 C Street NW
Washington, DC 20001

Dixon Hughes PLLC
255 South Orange Ave.
Citrus Center Suite 1225
Orlando, FL 32801


Doli/Boiler Safety
13 South Thirteenth Street
Richmond, VA 23219


DRAC Subaru Service Loaner
JP Morgan Chase Bank
201 N. Central 8th Flr
Phoenix, AZ 85004

Dudley Martin Chevrolet
PO Box 511
Manassas, VA 20110


Duvall Corporation
8103 B. Centreville Rd
Manassas, VA 20110


Dynatron Software Inc.
1321 Valwood Parkway
#500
Carrollton, TX 75006


Electronic Plus
9231 Sudley Road
Manassas, VA 20110


Enterprise Ren-A-Car
2273 Research Blvd
FL 7
Rockville, MD 20850-3264


Equifax Info. Services LLC
PO Box 105835
Atlanta, GA 30348-5835


Exxon Mobile Fleet Services
PO Box 5727
Carol Stream, IL 60197-5727


Fair Oaks Chrysler Jeep
4170 Auto Park Circle
Chantilly, VA 20151


Farrish of Fairfax, Inc.
9610 Fairfax Blvd
Fairfax, VA 22031


Fidelity Warranty Services Inc
Mail Drop JMADF054
500 Jim Moran Blvd
Deerfield Beach, FL 33442

Finish Line Towing
9108 Euclid Ave
Manassas, VA 20110


Green Electric Inc.
378 Delicious Road
Linden, VA 22642


Gunning Construction, Inc.
9020 Liberia Ave.
Manassas, VA 20110


Hoover Mechanical & Contractin
12340 Meadowland Lane
Nokesville, VA 20181


Hydrocarbon Recovery Services,
Inc.
PO Box 757600
Philadelphia, PA 19175-7600


Idearc Media Corp.
Attn: Acct Receivable Dept.
PO Box 619009
Dallas, TX 75261-9009


Internal Revenue Service*
PO Box 21126
Philadelphia, PA 19114-0326


Internation Revenue Service
Philadelphia, PA 19255


Interstate Battery of NV
PO Box 7327
Woodbridge, VA 22195


Irfan M. Bukhari
10814 King Nobel Lane
Bealeton, VA 22712

```
J. Oliver Enterprises Inc,.
d/b/a Dealer Specialities
217 Central Ave.
Osseo, MN 55369


J.E. Rice Co.
9124 Mathis Avenue
Manassas, VA 20110


James Turner
8347 Felsted Lane
Manassas, VA 20110


Jay M. Simpson
9060 Reynolds Place
Manassas, VA 20110


Jennifer K. Lee
105 Luxor Street
Manassas, VA 20111


Jerry Griffin
Rosenthal Automotive
1100 S. Glebe Rd.
Arlington, VA 22204


Jim Moran & Associates
PO Box8567
Deerfield Beach, FL 33442


JK Auto Parts
PO Box 1249
Baileys Crossroads, VA 22041


Jm Solutions
PO Box 951852
Dallas, TX 75395-1852


JMA Group Gap Claims Dept,.
PO Box 9410
Deerfield Beach, FL 33442


John Gunning
9020 Liberia Ave.
Manassas, VA 20110
```

John Holmes
8484 Saddle Court
Manassas, VA 20110


Joshua T. Teodoro
8484 Saddle Court
Manassas, VA 20110


Juan R. Guillen
9006-A Sandalwood Dr.
Manassas, VA 20110


Kaiser Foundation Health Plan
of Mid-Atlantic States, Inc.
2101 E. Jefferson ST
Rockville, MD 20852


Keystone Automotive
822 Central Avenue
Linthicum Heights, MD 21090


Koons of Manasass
7105 Sudley Rod
Manassas, VA 20110


Kratz Auto Supplies Inc.
10750 Guilford Road
Jessup, MD 20794


L&L Delivery Inc.
PO Box 77
Ruby, VA 22545


Manassas Chrysler Jeep
8100 Centreville Rd.
Manassas, VA 20111


Manssas Auto Parts Inc.
7809 Centreville Road
Manassas, VA 20110


Matheny Motor Truck Co.
14716 Industry Court
Woodbridge, VA 22191

Matthew B. McKamey
10308 Lees Mill Road
Warrenton, VA 20186


Metalpro Inc.
7956 Twist Lane
Springfield, VA 22153-2823


Metro Automotive Equipment
Services
10506 Norman Ave.
Fairfax, VA 22030


Moore Cadillac
25440 Pleasant Valley Road
Chantilly, VA 20152


MPK Automotive Systmes, Inc.
3295 River Exchange Drive
Suite 165
Norcross, GA 30092


NADA Used Car Guide
8400 West Park Dr.
Mc Lean, VA 22102


Napa of Fairfax City
10570 Fairfax Blvd
Fairfax, VA 22030


Nella White
13515 Fitzhugh Lane
Woodbridge, VA 22191


News & Messenger
PO Box 25246
Richmond, VA 23260-5248


Norasack Design
6469 Third Street
Alexandria, VA 22312


Northwest Federal Credit Union
200 Spring St
Herndon, VA 20170

Olympus Auto Parts
13851 Telegraph Rd
Suite 201
Woodbridge, VA 22192


Ourisman Chantilly Dodge
4135 Autopark Circle
Chantilly, VA 20151


Ourisman Dodge
5900 Richmond Highway
Alexandria, VA 22303


Panasonic Automotive System
Company
Chicago, IL 60673-1542


Patty Sullivan Recon, Inc.
175 Auction Drive
Fredericksburg, VA 22406


Paul Guillen
9006 A Sandalwood Dr
Manassas, VA 20110


PDP Group, Inc.
PO Box 64114
Baltimore, MD 21264-4114


Pioneer Telephone
PO Box 11018
Lewiston, ME 04243-9469


Pitney Bowes
PO Box 856042
Louisville, KY 40285-6390


Potomac Disposal Services
PO Box 841758
Dallas, TX 75284-1758


Prepaid Legal Services, Inc.

Progessive Business Compliance
PO Box 3014
Malvern, PA 19355-9790


Radial Tire
9101 Brookville Rd.
Silver Spring, MD 20910


Robert Rosenthal
1100 South Glebe Rd.
Arlington, VA 22204


Safford Chrysler Jeep of
Warrenton
7308 Cedar Run Dr.
Warrenton, VA 20187


Scottsdale Insurance Co.
PO Box 4120
Scottsdale, AZ 85261-4120


Setec


Shannon Auto Repair
8749 Commerce Court
Manassas, VA 20110


Sheehy Kia-Subaru
6727 Loisdale Road
Springfield, VA 22150


Snap-on Business Solutions
23756 Network Place
Chicago, IL 60673


Sprint
PO Box 105243
Atlanta, GA 30348-5243


Staples Business Advantage
Dept. DC
PO Box 415256
Boston, MA 02241-5256

Steven Foose
2049 Jennings Street
Woodbridge, VA 22192


Stohlman Subaru of Herndon
770 Elden Street
Herndon, VA 20170


Stohlman VW Subaru
8433 Leesburg Pike
Vienna, VA 22182


Subaru of America, Inc.
PO Box 19243a
Dir. No. 030271
Newark, NJ 07195


Teldon International Inc.
925 Boblett St
Unit B
Blaine, WA 98230


The Creative Print Group, Inc.
7905 Browning Road
Suite 112
Pennsauken, NJ 08109


The Tint Shop
5501 Merchants View
Square # 811
Haymarket, VA 20169


TML Copiers & Digital Solution
9700 Capital Ct
Suite 201
Manassas, VA 20110


Treasurer of Virginia
PO Box 570
Richmond, VA 23218-0570


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

Vada
PO Box 91723
Richmond, VA 23291-1723


Vehicle Postings
M/S #03
PO Box 4000
Portland, OR 97208


Verizon
PO Box 660720
Dallas, TX 75226-0720


Virginia Auto Body, Inc.
8788 Commerce Ct
Manassas, VA 20110


Wanada
5301 Wisconsin Ave
Suite 210
Washington, DC 20015


Washington Post Media
1150 15th Street NW
Washington, DC 20071


Wiley Rein LLP
7925 Jones Branch Drive
Suite 620
Mc Lean, VA 22102


Wings
5609 Mendelmore Way
Haymarket, VA 20169


ZAG.com
Dept. 9720
Los Angeles, CA 90084-9720