IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

IN RE: GUNNING MOTORS, INC.

                          Debtor.                   Case No. 10-11896-RGM
                                                      Chapter 11

## NOTICE OF APPEARANCE
## AND REQUEST FOR NOTICE

    Walton & Adams, P.C. notes its appearance as counsel for Brown Automotive Group, Ltd. Inc. Brown Automotive Group, Ltd. is an interested party and Walton & Adams, P.C. requests that copies of all notices and papers filed in this case, including any notices required to be served under Rule 2002 of the Federal Rules of Bankruptcy Procedure, be served on the following person at the address indicated below:

                Michael J. Holleran, Esquire
                Walton & Adams, P.C.
                1925 Isaac Newton Square Suite 250
                Reston, Virginia 20190
                mholleran@walton-adams.com

**WALTON & ADAMS, P.C.**

By: /s/Michael J. Holleran
     Michael J. Holleran VSB#26673
1925 Isaac Newton Square #250
Reston, Virginia 20190
703-390-8000
Counsel for Brown Automotive Group, Ltd.