IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(ALEXANDRIA DIVISION)

|  |  |  |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| GUNNING MOTORS, INC., | : | Case No.: 10-11896-RGM |
| | : | |
| Debtor. | : | |

**RESPONSE TO DEBTOR'S MOTION FOR ORDER (A) AUTHORIZING SALE OF DEBTOR'S ASSETS FREE AND CLEAR OF ANY CLAIMS, LIENS AND ENCUMBRANCES AND THE ASSIGNMENT OF THE EXISTING LEASE, (B) APPROVING BREAK UP FEE AND (C) APPROVING BIDDING PROCEDURES**

As a party in interest pursuant to Section 1109 of the United States Bankruptcy Code (the "Bankruptcy Code"), Subaru of America, Inc. ("SOA") hereby responds to the Debtor's Motion for Order (A) Authorizing Sale of Debtor's Assets Free and Clear of any Claims, Liens and Encumbrances and the Assignment of the Existing Lease, (B) Approving Break Up Fee and (C) Approving Bidding Procedures (the "Debtor's Motion").

SOA and the Debtor are parties to a January 23, 2009 Dealer Agreement (the "Dealer Agreement") pursuant to which, to the extent provided therein, Debtor was authorized to operate a Subaru dealership. The Dealer Agreement represented a continuation of earlier contractual arrangements pursuant to which the Debtor has operated a Subaru dealership for a number of years at the current location in Manassas, Virginia as described in the Debtor's Motion. Related to events described in the Debtor's Motion, on June 24, 2009, SOA issued a termination notice for the Dealer Agreement. On August 19, 2009, the Debtor filed a Petition for Review with the Virginia Department of Motor Vehicles which stayed the effective date of the termination.

In resolution of that proceeding, SOA and the Debtor entered into an agreement (the "Agreement", Exhibit 1). Pursuant to Paragraphs 3 and 4 of the Agreement, as specifically provided therein, the Debtor was subject to certain deadlines to obtain a Qualifying Floor Plan to finance the purchase of new Subaru vehicles or alternatively to enter into a definitive agreement for a proposed sale of the dealership. SOA asserts that the Debtor did not comply with either Paragraph 3 or 4 of the Agreement and SOA preserves all of its rights as set forth in Paragraphs 5 and 6 of the Agreement for termination of any and all of the Debtor's rights as a dealer of Subaru motor vehicles pursuant to the Dealer Agreement.

Pursuant to the Debtor's Motion, the Debtor seeks approval to sell certain assets related to the Subaru dealership to Brown Automotive Group, Ltd. or its assignee ("Brown") or to any alternative buyer pursuant to arrangements approved by this Court (collectively with Brown, a "Proposed Buyer").

Paragraph 8.5 of the proposed agreement between the Debtor and Brown conditions Brown's obligations to close, unless waived by Brown, upon approval by SOA which SOA understands to mean that SOA approve Brown or any other Proposed Buyer to operate this Subaru dealership and to enter into a Dealer Agreement with such party.

SOA reserves all rights under applicable law to determine whether conditions and circumstances are appropriate for any such Dealer Agreement and further preserves all of its

EAST\42871834.1
MJF

rights under the Agreement (Exhibit 1) entered into with the Debtor.  SOA reserves the right to supplement its response to the Debtor's Motion.


DATE: April 5, 2010                                    /s/ Mark J. Friedman
                                                       Mark J. Friedman, Esquire
                                                       VSB No. 16808
                                                       DLA Piper LLP (US)
                                                       6225 Smith Avenue
                                                       Baltimore, Maryland 21209
                                                       Telephone:  (410) 580-3000
                                                       Facsimile:   (410) 580-3001
                                                       E-Mail:  mark.friedman@dlapiper.com

                                                       and

                                                       /s/ Mitka T. Baker
                                                       Mitka T. Baker, Esquire
                                                       VSB No. 67925
                                                       DLA Piper LLP (US)
                                                       500 8th Street, N.W.
                                                       Washington, D.C.  20004
                                                       Telephone:  (202) 799-4519
                                                       Facsimile:  (202) 799-5519
                                                       E-Mail:  mitka.baker@dlapiper.com

                                                       Attorneys for Subaru of America, Inc.

<u>CERTIFICATE OF SERVICE</u>

      **I** hereby certify that on this 5th day of April, 2010, a copy of the foregoing was served on all parties listed below by first-class mail, unless said party is a registered CM/ECF participant and the Notice of Electronic Filing indicates that notice was electronically mailed to said party.

American Express
P.O. Box 1270
Newark, NJ 07101-1270

Automotive Finance Corp.
43375 Old Ox Road
Sterling, VA 20166

Chesapeake Petroleum & Supply
P.O. Box 7610
Gaithersburg, MD 20898

Chrysler Financial Services
Americas, LLC
c/o Terry Frank
Kaufman & Conoles, PC
1051 E. Cary Street
Richmond, VA 23219

Clintas Corporation
P.O. Box 1207
Culpepper, VA 22701

Commonwealth of Virginia
Department of Taxation
P.O. Box 26626
Richmond, VA 23261-6626

Dealer Services Corporation
5735 Industry Lane
Bldg. A, Suite 9
Frederick, MD 21704

Dealer Services Corporation
1320 City Center Drive
Suite 100
Carmel, IN 46032

Dixon Hughes PLLC
255 South Orange Avenue
Citrus Center Suite 1225
Orlando, FL  32801

DRAC Subaru Service Loaner
JP Morgan Chase Bank
201 N. Central, 8th Flr.
Phoenix, AZ  85004

JK Auto Parts
P.O. Box 1249
Baileys Crossroads, VA  22041

Kaiser Foundation Health Plan
of Mid-Atlantic States, Inc.
2101 E. Jefferson Street
Rockville, MD  20852

Manassas Chrysler Jeep
8100 Centreville Road
Manassas, VA  20111

MPK Automotive Systems, Inc.
3295 River Exchange Drive
Suite 165
Norcross, GA  30092

News & Messenger
P.O. Box 25246
Richmond, VA  23260-5248

Northwest Federal Credit Union
200 Spring Street
Herndon, VA  20170

Robert Rosenthal
1100 South Glebe Road
Arlington, VA  22204

Snap-on Business Solutions
23756 Network Place
Chicago, IL  60673

EAST\42871834.2
MJF 008697-000258

Ann E. Schmitt
Culbert & Schmitt, PLLC
30C Catoctin Circle SE
Leesburg, VA 20175

Wiley Rein LLP
Attn:  Valerie Morrison
7925 Jones Branch Drive
Suite 620
McLean, VA  22102

Michael J. Holleran
Walton & Adams, P.C.
1925 Isaac Newton Square
Suite 250
Reston, VA  20190


    /s/ Mark J. Friedman
Mark J. Friedman

EAST\42871834.2
MJF 008697-000258