IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re:                              )
                                    )
GUNNING MOTORS, INC.                )     Chapter 11
                                    )     Case No. 10-11896-RGM
                                    )
         Debtor.                    )

### OBJECTION OF CHRYSLER FINANCIAL SERVICES AMERICAS, LLC
### TO DEBTOR'S MOTION FOR ORDER AUTHORIZING SALE OF DEBTOR'S ASSETS
### FREE AND CLEAR OF ALL CLAIMS, LIENS AND ENCUMBRANCES, AND THE
### ASSIGNMENT OF THE EXISTING LEASE

COMES NOW, Chrysler Financial Services Americas LLC ("Chrysler"), by counsel and pursuant to Bankruptcy Rule 9013 and Local Bankruptcy Rule 9013, and objects to the Debtor's Motion for Order Authorizing Sale of Sale Debtor's Assets Free and Clear of All Claims, Liens and Encumbrances, and the Assignment of the Existing Lease ("Sale Motion") as follows:

1. The Debtor filed its Sale Motion on April 1, 2010, which sought the sale of the substantially all of the Debtor's assets and assignment of a lease to Brown Automotive Group ("Brown"). The terms and conditions of the sale were provided in an Asset Purchase Agreement between the Debtor and Brown, which was attached as Exhibit A to the Sale Motion.

2. A hearing date of April 27, 2010 was set, and the deadline for which to file a response to the Sale Motion was April 20, 2010.

3. Chrysler did not object to the Sale Motion as proposed, and therefore did not file a response.

4. Debtor's counsel provided a proposed order on the Sale Motion on April 23, 2010, which differed from the relief requested in the Sale Motion and altered the Asset Purchase Agreement.

5. Debtor's counsel has advised that she postponed the April 27, 2010 hearing for two weeks. Counsel for Chrysler has advised Debtor's counsel that Chrysler intended to file these objections, to which Debtor's counsel posed no objection. There is no prejudice to the Debtor in Chrysler's filing the objections to the Sale Motion.

6. To the extent the proposed order differs from the relief sought in the Sale Motion, Chrysler objects as follows:

   a. Deletion of Section 4.3 of the Asset Purchase Agreement. Chrysler objects to the return of Subaru parts, which Chrysler has a first lien upon, to Subaru of America for purposes of crediting the Debtor;

   b. Escrow of $300,000.00 from the proceeds of the Sale, to be held in trust by Debtor's counsel. Upon information and belief, Debtor will seek to pay administrative plans and unsecured creditors with funds properly secured and belonging to Chrysler.

   c. All proceeds from the sale except those listed in Debtor's Sale Motion should be remitted to Chrysler.

WHEREFORE, Chrysler respectfully requests that the Court, should it grant Debtor's Sale Motion; (a) include the Subaru parts in the Asset Purchase Agreement; (b) deny Debtor's request to escrow $300,000.00 from the sale proceeds; (c) remit all proceeds of the sale to Chrysler except those fees and costs included in the Sale Motion; and (d) any such other and further relief the Court deems appropriate.

Respectfully submitted,

**CHRYSLER FINANCIAL SERVICES AMERICAS, LLC**

By:     /s/ Terry C. Frank

Terry C. Frank, Esq. (VSB No. 74890)
KAUFMAN & CANOLES, PC
Three James Center, 12th Floor
1051 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 771-5700
Facsimile: (804) 771-5777
E-Mail: tcfrank@kaufcan.com
*Counsel for Chrysler Financial Services Americas, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2010, a true copy of the foregoing ***Objection to Debtor's Motion for Order Authorizing Sale of Assets*** is being filed with the Court's Electronic Filing System, which will send a Notice of Electronic Filing (NEF) to the following users:

Ann E. Schmitt, Esquire
Culbert & Schmitt, PLLC
30C Catoctin Circle SE
Leesburg, VA  20175
E-Mail:  aschmitt@culbert-schmitt.com
***Counsel for Debtor***

Jack Frankel
Office of the U.S. Trustee
115 South Union Street, Ste. 210
Alexandria, VA 22314
(703) 557-7229
703-557-7279 (fax)
E-mail: jack.i.frankel@usdoj.gov
***Counsel for U.S. Trustee***

Mark J. Friedman, Esquire
(VSB # 16808)
DLA Piper LLP (US)
6225 Smith Avenue
Baltimore, MD  21209
Phone:  (410) 580-3000
Fax:  (410) 580-3001
E-Mail:  mark.friedman@dlapiper.com
***Counsel for Subaru of America, Inc***

Stephen E. Leach
(VSB # 20601)
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone: (703) 584-8902
Telecopier: (703) 584-8901
E-mail: sleach@ltblaw.com
***Counsel for Robert M. Rosenthal***

Mitka T. Baker, Esquire
(VSB # 67925)
DLA Piper LLP (US)
500 8th Street, N.W.
Washington, DC  20004
Phone: (202) 799-4519
Fax:    (202) 799-5519
E-Mail:  mitka.baker@dlapiper.com
***Counsel for Subaru of America, Inc.***

S. Marc Sarata
(VSB # 68621)
LEACH TRAVELL BRITT pc
8270 Greensboro Drive, Suite 1050
McLean, Virginia 22102
Telephone: (703) 584-8902
Telecopier: (703) 584-8901
E-mail: sleach@ltblaw.com
***Counsel for Robert M. Rosenthal***

Michael J. Holleran, Esq.
(VSB # 26673)
Walton & Adams, P.C.
1925 Isaac Newton Sq. Suite 250
Reston, VA 20790
(703) 390-8000
E-mail: mholleran@walton-adams.com

And by U. S. Mail, postage prepaid, to the following non-users:

American Express
P. O. Box 1270
Newark, NJ 07101-1270

Automotive Finance Corp.
43375 Old Ox Road
Sterling, VA 20166

Chesapeake Petroleum & Supply
P. O. Box 7610
Gaithersburg, MD 20898

Clintas Corporation
P. O. Box 1207
Culpeper, VA 22701

Commonwealth of Virginia
Department of Taxation
P. O. box 26626
Richmond, VA 23261-6626

Dealer Services Corporation
5735 Industry Lane
Bldg. A, Suite 9
Frederick, MD 21704

Dealer Services Corporation
1320 City Center Drive
Suite 100
Carmel, IN 46032

Kaiser Foundation Health Plan
of Mid-Atlantic States, Inc.
2101 E. Jefferson Street
Rockville, MD 20852

Manassas Chrysler Jeep
8100 Centreville Road
Manassas, VA 20111

MPK Automotive Systems, Inc.
3295 River Exchange Drive
Suite 165
Norcross, GA 30092

News & Messenger
P. O. Box 25246
Richmond, VA 23260-5248

Northwest Federal Credit Union
200 Spring Street
Herndon, VA 20170

Robert Rosenthal
1100 South Glebe Road
Arlington, VA 22204

Snap-on Business Solutions
23756 Network Place
Chicago, IL 60673

Dixon Hughes PLLC
255 South Orange Avenue
Citrus Center, Suite 1225
Orlando, FL  32801

DRAC Subaru Service Loaner
JP Morgan Chase Bank
201 N. Central, 8th Fl.
Phoenix, AZ  85004

Wiley Rein LLP
Attn:  Valerie Morrison
7925 Jones Branch Drive
Suite 620
McLean, VA  22102

JK Auto Parts
P. O. Box 1249
Baileys Crossroads, VA  22041

   /s/ Terry C. Frank
Terry C. Frank, Esquire (VSB # 74890)
Kaufman & Canoles, P.C.
1051 E. Cary Street, Suite 1200
Richmond, Virginia  23219
Phone:  804/771-5700
Fax:     804/771-5777
E-mail: tcfrank@kaufcan.com
*Counsel for Chrysler Financial Services Americas, LLC*

5242104