# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## (Alexandria Division)

| | |
|---|---|
| In re:<br><br>**GUNNING MOTORS, INC.**<br><br>Debtor | **Case No. 10-11896-RGM**<br>**Chapter 11** |

## ORDER SHORTENING TIME FOR NOTICE OF HEARING

THIS MATTER came on the oral motion of Gunning Motors, Inc. for an order shortening the time for hearing on its Motion to Obtain Financing ("Financing Motion"), and it appearing to the court that the requested relief is appropriate, it is

ORDERED:

1. An expedited hearing on the aforesaid motion to be held on June 8, 2010 at 11:00 a.m.. in Courtroom III, United States Bankruptcy Court for the Eastern District of Virginia, 200 South Washington Street, Alexandria, Virginia 22314.

2. The Movant shall immediately give notice by the quickest means to all affected parties and to the twenty largest unsecured creditors. Notice maybe electronic, by facsimile, telephonic, hand-delivery, or other means reasonable calculated to give actual notice to the affected parties.

3. Any objections may be made orally at the hearing.

DONE at Alexandria, Virginia this __ day of June 2010.

                                                  Robert M. Mayer
                                                  United States Bankruptcy Judge

I ASK FOR THIS:

*/s/ Ann E. Schmitt*
Ann E. Schmitt, VSB # 22030
Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, VA 20175
703-737-6377 (telephone)
703-737-6370 (facsimile)
aschmitt@culbert-schmitt.com


Copy electronically to:
Ann E. Schmitt aschmitt@culbert-schmitt.com