# United States Bankruptcy Court
## Eastern District of Virginia

In re  Gunning Motors, Inc.                                    Case No.  **10-11896**
                    Debtor(s)                                  Chapter   **11**

**TO:**
Melanie Peterson
14304 Madrigal Drive
Woodbridge, VA 22193

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date:  6-20-10                     By  /s/ Ann E. Schmitt
                                   Attorney for Debtor [or *Pro Se* Debtor]
                                   State Bar No.:  22030
                                   Address:   **Culbert & Schmitt, PLLC**
                                              **30C Catoctin Circle, SE**
                                              **Leesburg, VA 20175**
                                   Telephone No.:  703-737-6377

## CERTIFICATION

I certify that on   **6-20-10**  , I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
**Ann E. Schmitt 22030**
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re  Gunning Motors, Inc.  
                        Debtor(s)

Case No. **10-11896**  
Chapter **11**

**TO:**  
Matthew Porter  
10301 Bear Creek Drive  
Manassas, VA 20111

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,  
☐ deleting you as a creditor,  
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10

By /s/ Ann E. Schmitt  
Attorney for Debtor [or *Pro Se* Debtor]  
State Bar No.: 22030  
Address: **Culbert & Schmitt, PLLC**  
              **30C Catoctin Circle, SE**  
              **Leesburg, VA 20175**  
Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt  
Ann E. Schmitt 22030  
Attorney for Debtor [or *Pro Se* Debtor]

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Gunning Motors, Inc.**  
Debtor(s)

Case No. **10-11896**  
Chapter **11**

**TO:**
Zenaida Zoleta
5616 Willoughby Newton Drive #12
Centreville, VA 20120

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10

By /s/ Ann E. Schmitt
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 22030
Address: **Culbert & Schmitt, PLLC**
**30C Catoctin Circle, SE**
**Leesburg, VA 20175**
Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
**Ann E. Schmitt 22030**
Attorney for Debtor [or *Pro Se* Debtor]

# United States Bankruptcy Court
## Eastern District of Virginia

In re __Gunning Motors, Inc.__  
Debtor(s)

Case No. __10-11896__  
Chapter __11__

**TO:**
Jeffrey McClure
7984 Copperfield Way
Manassas, VA 20109

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

- ☒ adding you as a creditor,
- ☐ deleting you as a creditor,
- ☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: __6-20-10__    By  /s/ Ann E. Schmitt
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 22030
Address: **Culbert & Schmitt, PLLC**
**30C Catoctin Circle, SE**
**Leesburg, VA 20175**
Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on __6-20-10__, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
**Ann E. Schmitt 22030**
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

# United States Bankruptcy Court
## Eastern District of Virginia

In re __Gunning Motors, Inc.__  
Debtor(s)

Case No. __10-11896__  
Chapter __11__

**TO:**
Barry Wood
6077 Meadow Crest Court
Centreville, VA 20121

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

- [x] adding you as a creditor,
- [ ] deleting you as a creditor,
- [ ] correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims*(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: __6-20-10__

By /s/ Ann E. Schmitt
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 22030
Address: **Culbert & Schmitt, PLLC**
**30C Catoctin Circle, SE**
**Leesburg, VA 20175**
Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on __6-20-10__, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
Ann E. Schmitt 22030
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

# United States Bankruptcy Court
## Eastern District of Virginia

In re: **Gunning Motors, Inc.**
Debtor(s)

Case No. **10-11896**
Chapter **11**

**TO:**
**William Trapp**
10310 Lee Manor Drive
Manassas, VA 20110

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

- ☒ adding you as a creditor,
- ☐ deleting you as a creditor,
- ☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10

By /s/ Ann E. Schmitt
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 22030
Address: **Culbert & Schmitt, PLLC**
**30C Catoctin Circle, SE**
**Leesburg, VA 20175**
Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
Ann E. Schmitt 22030
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Gunning Motors, Inc.**  
Debtor(s)

Case No. **10-11896**  
Chapter **11**

**TO:**  
Gail Carlson  
14918 Hyatt Place  
Woodbridge, VA 22191

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,  
☐ deleting you as a creditor,  
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10

By /s/ Ann E. Schmitt  
Attorney for Debtor [or *Pro Se* Debtor]  
State Bar No.: 22030  
Address: **Culbert & Schmitt, PLLC**  
**30C Catoctin Circle, SE**  
**Leesburg, VA 20175**  
Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt  
Ann E. Schmitt 22030  
Attorney for Debtor [or *Pro Se* Debtor]

# United States Bankruptcy Court
## Eastern District of Virginia

| | | |
|---|---|---|
| In re **Gunning Motors, Inc.** | Case No. | **10-11896** |
| Debtor(s) | Chapter | **11** |

**TO:**
Susan Hatley
PO Box 13
Washington, VA 22747

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims*(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10      By /s/ Ann E. Schmitt
                   Attorney for Debtor [or *Pro Se* Debtor]
                   State Bar No.: **22030**
                   Address:       **Culbert & Schmitt, PLLC**
                                  **30C Catoctin Circle, SE**
                                  **Leesburg, VA 20175**
                   Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
**Ann E. Schmitt/22030**
Attorney for Debtor [or *Pro Se* Debtor]

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Gunning Motors, Inc.**
Debtor(s)

Case No **10-11896**
Chapter **11**

**TO:**
**Noman Basit**
14871 Harvest Moon Lane
Woodbridge, VA 22193

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10

By /s/ Ann E. Schmitt
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No. 22030
Address: Culbert & Schmitt, PLLC
30C Catoctin Circle, SE
Leesburg, VA 20175
Telephone No.: 703-737-6377

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
Ann E. Schmitt 22030
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Gunning Motors, Inc.**  
Debtor(s)

Case No. **10-11896**  
Chapter **11**

**TO:**
Richard Wilmore
9011 James Madison HWY
Warrenton, VA 20187

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10

By /s/ Ann E. Schmitt
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No. 22030
Address: **Culbert & Schmitt, PLLC**
**30C Catoctin Circle, SE**
**Leesburg, VA 20175**
Telephone No.: **703-737-6377**

### CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
**Ann E. Schmitt 22030**
Attorney for Debtor [or *Pro Se* Debtor]

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Gunning Motors, Inc.**      Case No. **10-11896**
Debtor(s)     Chapter **11**

**TO:**
Michael Brawner
3015 South 18th Street
Arlington, VA 22204

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

- ☒ adding you as a creditor,
- ☐ deleting you as a creditor,
- ☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10     By /s/ Ann E. Schmitt
               Attorney for Debtor [or *Pro Se* Debtor]
               State Bar No.: 22030
               Address: **Culbert & Schmitt, PLLC**
                           **30C Catoctin Circle, SE**
                           **Leesburg, VA 20175**
               Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
Ann E. Schmitt 22030
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Gunning Motors, Inc.**  
Debtor(s)

Case No. **10-11896**  
Chapter **11**

**TO:**
Peter Blake Outcalt
17015 Willow Creek Lane
Culpeper, VA 222701

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

- [x] adding you as a creditor,
- [ ] deleting you as a creditor,
- [ ] correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10

By /s/ Ann E. Schmitt
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 22030
Address: **Culbert & Schmitt, PLLC**
**30C Catoctin Circle, SE**
**Leesburg, VA 20175**
Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
Ann E. Schmitt 22030
Attorney for Debtor [or *Pro Se* Debtor]

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Gunning Motors, Inc.**
Debtor(s)

Case No. **10-11896**
Chapter **11**

**TO:**
Adam Sutton
3512 Beale Court
Woodbridge, VA 22193

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,
☐ deleting you as a creditor,
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered*, a subsequent notice to file claims, *if one has been issued*, and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10

By /s/ Ann E. Schmitt
Attorney for Debtor [or *Pro Se* Debtor]
State Bar No.: 22030
Address: **Culbert & Schmitt, PLLC**
**30C Catoctin Circle, SE**
**Leesburg, VA 20175**
Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt
**Ann E. Schmitt 22030**
Attorney for Debtor [or *Pro Se* Debtor]

[ ntctoaddcreds ver. R. 11/01]

# United States Bankruptcy Court
## Eastern District of Virginia

In re  Gunning Motors, Inc.  
Debtor(s)

Case No. **10-11896**  
Chapter **11**

**TO:**  
Gerda Kifer  
1854 Cranberry Lane  
Culpeper, VA 22701

## NOTICE TO CREDITOR(S) (RE AMENDMENT)

NOTICE IS HEREBY GIVEN that an amendment to the above-captioned debtor's schedules has been filed

☒ adding you as a creditor,  
☐ deleting you as a creditor,  
☐ correcting your address

A copy of the amendment is forwarded to you together with this notice.

*[If amendment is adding creditor(s)]* NOTICE IS FURTHER GIVEN that also forwarded to you together with this notice is a copy of the notice of the meeting of creditors called by the United States Trustee pursuant to Federal Rule of Bankruptcy Procedure 2003, giving the particulars of the case and stating the last date for the filing of claims *(if any was given)*, for filing complaints objecting to the discharge and complaints to determine the dischargeability of certain debts; a copy of the discharge of the debtor, *if one has been entered,* a subsequent notice to file claims, *if one has been issued,* and any other filed document affecting the rights of the added creditor(s).

**Gunning Motors, Inc.**

Date: 6-20-10   By /s/ Ann E. Schmitt  
Attorney for Debtor [or *Pro Se* Debtor]  
State Bar No.: 22030  
Address: **Culbert & Schmitt, PLLC**  
**30C Catoctin Circle, SE**  
**Leesburg, VA 20175**  
Telephone No.: **703-737-6377**

## CERTIFICATION

I certify that on **6-20-10**, I served a copy of the foregoing notice on the United States Trustee, any appointed trustee, and any and all entities affected by the amendment pursuant to Local Bankruptcy Rule 1009-1(A).

/s/ Ann E. Schmitt  
**Ann E. Schmitt 22030**  
Attorney for Debtor [or *Pro Se* Debtor]